UNITED STATES DISTRICT COURT

|  | CIVIL  COMPLAINT |
|---|---|
|  | CULPABILITY |
|  | CRIMINAL COMPLAINT |
| LIVIA M. SCOTTO | CRIMINAL GROSS NEGLIGENCES |
|  | TORTS AND CONTRACTS |

V

MAIMONIDES eta

RESTATEMENT 1ST 2ND , 3RD , 4TH ,TORTS

UNITED STATES et al

SAUL EWING ARNSTEIN LEHR et al  ATTORNEY DECEIT

CREDIT SUISSE et al          15 U.S.C  $$ 1692 (a) c.(b),e f.k.

ECMC GROUP  et al        ACCOUNTING FRAUD

CAMPUS GUARD et al                SCEINTER

STATE FARM  INS, COMPANIES et al    INSURANCE LIABILITY

JONATHAN BEATTY et al              ASSAULT BATTERY

MICHAEL DUNLAP et al            INVASION OF PRIVACY

U.S. DEPARTMENT OF EDUCATION et al

OFFICE OF CIVIL RIGHTS et al      18 U.S.C.$$ 2710 (b) Stat, s.652 A.cmt. a

STATE OF HAWAII  et al     ILLEGAL SALE OF CDO TO BANK

MAUI COUNTY  PROCSEUTING   ATTORNEYS et  al

THE CORPORATION COUNSEL  et al  MALICIOUS PROSECUTION

COUNTY OF MAUI  HONOLULU HAWAII et al

UNIVERSITY OF HAWAII et al              ASSAULTS AND BATTERY

MAUI COMMUNITY  COLLEGE et al  USE OF PRIVATE STATE  FEDERAL

MAUI  ECONOMIC  OPPORTUNITY  et al  ATTORNEYS TO GARNISH

M.DYER AND SONS INC. et al    EXTORTION

                OFFSET WITHDRAW ELECTRONIC FUNDS TRANSFERS

UNITED CONTIENTAL HOLDINGS et al LARSCENY OF PROPERTY

DIPLOMAT TRAVEL et al      DISCLOSEURE  OF PRIVATE INFORMATION

NELNET STUDENT TRUST et al  BY COVEYANCE  PUBLISHED

WINDHAM PROFESSIONALS et al  UNLAWFUL COLLECTION

COAST PROFESSIONALS  et al       PRACTICE

ECMC  FOUNDATION et al

GC COLLECTION SERVICES et al

BASS AND ASSOCIATES et al

PATTI BASS  et al

*CONSERVE  et al*
*IMMEDIATE CREDIT RECOVERY et al*
*U.S. DEPARTMENT OF TREASURY  OFFSET  DIVISION et al*
*PENTAGON FEDERAL CREDIT UNION et al*
*BANK OF HAWAII et al*
*AMERICAN  SAVINGS BANK et al*
*J.P. MORGAN BANK et al*
*GOLDMAN SACHS et al*
*BEDELL LAW FIRM etal*
 *HENRY M. COXE III et al*
*ATTORNEY GREVIENCE  COMMITTEE 1 ST DEPARTMENT et al*
*THE STATE OF  NEW YORK et al*
*ATTORNEY GREVIENCE COMMITTEE  OF FLORIDA et al*
*CLIENT SECURITY FUND  et al*
*VOLKS ANWALT  COUNSEL OF RECORD et al*
*JESSICA M. MCLEAN et al PRINCIPLE  ATTORNEY et al*
*VOLKS ANWALT LAW FIRM et al*
*UNITED WATER RESTORATION GROUP et al*
*FED EX CORPORATION et al*
*WAYFAIR  CORPORATION et al*
*AND ANY AND ALL DEFENDANTS  HERETOFORE FILED et al*
 *AND ALL COUNSEL OF RECORD  et al*
 *LEWIS BRISBOIS  et al*

                              *COMPLAINT  TORTS ;*
 *ON  GROUNDS OF RIGHT OF ACTION RESTATEMENT OF THE LAW IN THE COURTS*
*TORTS  28 U.S.C.S  SS 275 b.  BANK FRAUD $ 25 MILLION  LOAN U.S. AGRICULTURE*
*BUSINESS INDUSTRY LOAN.*
*Filed with SUMMONS , SUBPOENA FOR PRODUCTION OF POLICE REPORTS  OF*
*ASSAULTS , ECONOMIC HARMS , FINACIAL CRIMES,  LOAN DIVERSIONS, IDENTITY*
*THEFT IMPOSTER FILED INTENTIONAL  INFLICTIONS OF HARMS ASSAULTS BY*
*ACTORS , ABSOLUTE LIABILITY, (CANINE ASSAULTS ROTTWEILLER PITBULL*
*ATTACK DOGS WITHIN PERIMETER OF UNIVERSITY OF HAWAII BY  ABNORMALLY*
*DANGEROUS ANIMALS ASSAULTS, EXHIBITS FILED IN RECORD  SKETCHES*
*ARTWORK DIGITAL PHOTOGRAPHS WERE FILED IN ORIGINAL VENUE AN*
*CONSOLIDATION OF ACTION ON  LEGAL CAUSE NECESSITY, DUE TO ATTORNEY*
*DISCIPLINE JUDICIAL OFFICER MISCONDUCT PROCEDURAL TECHNICAL ERRORS*
*AND PERJURIOUS STATEMENTS BY OFFICERS OF PREVIOUS VENUES FILED*
*HERETOFORE , MOTION FOR THE REMOVAL ALL AND NY DOCUMENTS RECORDS*
*OF EXHIBITS  TO BE USED AS PREPONDURANCE OF THE FACTS ,ON THEPROOF*
*STANDARD OF AUTHENTIFICATION  OF THE ORIGINAL S.*
*(see Fed. Rules of Evidence, ART X. R.1001,.1002, 1003.*
*Criminal LAW ,(See Exhibits in Support of Action, To SUBPOENA , POLICE REPORTS*
*COURT FILED PLEADINGS FILED HERETOFORE IN U.S.D.C. DISTRICT OF HAWAII*
*SOUTHERN DISTRICT HOUSTON ,TEXAS  , MIDDLE DISTRICT TAMPA ,*
*MIAMI ,TALLAHASSE E JACKSONVILLE  OMAHA NEBRASKA  EASTERN DISTRICT OF*
*NEW YORK , SOUTHERN DISTRICT OF NEW YORK NEW JERSEY, STATE VENUES*
*SUPREME COURTS OF THE  AFOREMENTIONED STATES  .*

*et al*

*CORPORATION COUNSELOF HONOLULU ,*
*Hawaii*
*et al*

*ARNAUD JACQUEMINet al*

*LORENZOBINI SMAGHI et al*

*And all shareholderparties, entities , et al*

*FREDERIC ODUEA et al*

*SGHAMBROS et al*

*BANQUE DE FRANCE et al*



*I, LIVIA M. SCOTTO , PLAINTIFF,   HERBY BY SWORN AFFIDAVITT FILE COMPLAINT*
*AS A RIGHT OF ACTION      BY CAUSE OF ACTION , ON  DIVERSITY OF CITIZENSHIP ,*
*LEGAL RESIDENCE  BROOKLYN NEW YORK , VALRICO FLORIDA .  ON NOTICE OF*
*APPEARANCE AFFIDAVITT ,  MOTION TO ORDER AND REMOVE FOR THE*
*PRODUCTION OF THE RECORD, MOTION FOR APPOINTMENT OF COUNSEL*

*LEGAL MEMORANDUM   AFFIDAVITT OF  LEGAL MALPRACTICE*
*BY PLAINTIFF'S ATTORNEY IN FACT  COUNSEL OF RECORD TO*
*DATE   CONCEALMENT BY LAWYER S,  ATTORNEY IN FACT*
*UNDER DISCIPLINE , ATTORNEYS OF RECORD ABANDONMENT*
*, PREMISE LIABILITY JOINT  SEVERAL  LIABILITY, by*
*"AGENCY "  TORTMALFEASANCE , "DERILICTION  OF DUTY"*
*CORRUPTION  OF U.S.D.C. JUDICIAL OFFICERS  OF  MAUI*
*HONOLULU HAWAII,   OFFICIALS OF UNIVERSITY OFFICE OF*
*CHANCELLOR   ORIGINAL  RECORDS AGENCY*
*COUTSPOILATION  OF EVIDENCE  OF ORIGINAL VENUE OF*
*U.S.D.C. JUDICIAL NEGLIGENCE ,H.I.P.PA. FRAUD*
*DEFAMATION SLANDER ,ACTIONABLE LIBEL , OERJURY*
*FILED HEREIN  WITH EVIDENCE , CERTIFICATE OF SERVICE UPON*
*DEFENDANTS FILED ,SERVED HERETOFORE FILED IN THIS VENUE TO DATE.*

*EXHIBITS DISCRIMINATORY PRACTICE ASSAULTS  LENDING BANK FRAUD*
*JURISTDICTIONAL STATEMENT  FEDERAL QUESTION VIOLATIONS OF FDCPA*
*18 U.S.C.S ss . 1911 – thru -18 U.S.C. S. .ss 1968*
*15 U.S.C.S. ss 1692 p., k f, c a(b) e*
*31 U.S.C.S. ss , 3729                           28 U.S.C. S. 201 , -219  SS 509*
*28 U.S.C.S. SS 219 – 509*
*28 U.S.C.S ss 201                              42 U.S.C.S. 2000  (a) (1)(B)*
*18 U.S.C.S. 1967*
*18 U.S.C. 1334  ss*
*MOTIN FOR THE APPOINTMENT OF COUNSEL on GROUNDS  42 USCS 2000 (f)OF*
*EMPLOYMENT DISCRIMINATION  SEXUAL HARASSMENT  ASSAULTS*
*DETAINMENT FALSE IMPRISONMENT OTHER SPECIFIED DAMAGES.*

# *TO SHOW CAUSE  STANDING*

## *LIVIA M. SCOTTO*

*v.*

## *UNITED STATES OF STATE et al*

*JONATHAN BEATTY et al*

*NEW YORK , SOUTHERN DISTRICT OF NEW YORK NEW JERSEY, STATE VENUES*
*SUPREME COURTS OF THE AFOREMENTIONED STATES .*

*I, LIVIA M. SCOTTO , PLAINTIFF, HERBY BY SWORN AFFIDAVITT FILE COMPLAINT*
*AS A RIGHT OF ACTION     BY CAUSE OF ACTION , ON DIVERSITY OF CITIZENSHIP ,*
*LEGAL RESIDENCE BROOKLYN NEW YORK , VALRICO FLORIDA . ON NOTICE OF*
*APPEARANCE AFFIDAVITT , MOTION TO ORDER AND REMOVE FOR THE*
*PRODUCTION OF THE RECORD, MOTION FOR APPOINTMENT OF COUNSEL*

*LEGAL MEMORANDUM  AFFIDAVITT OF LEGAL MALPRACTICE*
*BY PLAINTIFF'S ATTORNEY IN FACT COUNSEL OF RECORD TO*
*DATE  CONCEALMENT BY LAWYER S, ATTORNEY IN FACT*
*UNDER DISCIPLINE , ATTORNEYS OF RECORD ABANDONMENT*
*, PREMISE LIABILITY JOINT SEVERAL LIABILITY, by*
*"AGENCY " TORTFEASANCE , "DERILICTION OF DUTY"*
*CORRUPTION OF U.S.D.C. JUDICIAL OFFICERS OF MAUI*
*HONOLULU HAWAII, OFFICIALS OF UNIVERSITY OFFICE OF*
*CHANCELLOR  ORIGINAL RECORDS AGENCY*
*COUTSPOILATION OF EVIDENCE OF ORIGINAL VENUE OF*
*U.S.D.C. JUDICIAL NEGLIGENCE ,H.I.P.PA. FRAUD*
*DEFAMATION SLANDER ,ACTIONABLE LIBEL , OERJURY*
*FILED HEREIN WITH EVIDENCE , CERTIFICATE OF SERVICE UPON*
*DEFENDANTS FILED ,SERVED HERETOFORE FILED IN THIS VENUE TO DATE.*

*EXHIBITS DISCRIMINATORY PRACTICE ASSAULTS LENDING BANK FRAUD*
*JURISTDICTIONAL STATEMENT FEDERAL QUESTION*
*18 U.S.C.S ss . 1911 – thru -18 U.S.C. S. .ss 1968*
*15 U.S.C.S. ss 1692 p.,*
*31 U.S.C.S. ss , 3729*          *28 U.S.C. S. 201 , -219 SS 509*
*28 U.S.C.S. SS 219 – 509*
*28 U.S.C.S ss 201*          *42 U.S.C.S. 2000 (a) (1)(B)*
*18 U.S.C.S. 1967*
*18 U.S.C. 1334 ss*
*MOTIN FOR THE APPOINTMENT OF COUNSEL on GROUNDS 42 USCS 2000 (f)OF*
*EMPLOYMENT DISCRIMINATION SEXUAL HARASSMENT ASSAULTS*
*DETAINMENT FALSE IMPRISONMENT OTHER SPECIFIED DAMAGES.*

# *TO SHOW CAUSE STANDING*

## *LIVIA M. SCOTTO*

*v.*

## *UNITED STATES OF STATE et al*

N.Y. et al



*DENIAL OF MEDICAL TREATMENT
EMPLOYMENT SALARY IN SEXUAL
HARASSMENT LAWSUIT*

*BANK DEPOSITDISGORGEMENTS , travel related
tickets miles luggage CARGO STRANDING stolen
larceny DEPRIVATIONSDENIAL OF BOARDING
robberiespilfering by property in airline warehouse
registeredagents of any and all other*

*Defendants, entities attorney in fact*

*APPEALEES et al filed heretoforeet al*

*MOTIONTO FILE FOR CHANGE*

*OF VENUE FROM VENUESENCLOSED*

*MOTIONTO CONSOLIDATEAPPEAL*

*FROM VENUE IN FLORIDA*

*AND ELEVENTH CIR. AND*

*NEW YORK, HOUSTON TEXAS ,*

*HONOLULU .HAWAII TO SHOW CAUSE*

*FOR USE IN THE APPEAL*

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT FLORIDA

JACKSONVILLE AND TAMPA DIVISIONS



*SOCIETE GENERALE et al*

*AIR FRANCE ET AL*

*UNITEDAIRLINES  et al*

*UNITEDCONTIENTALHOLDINGS et  al*

*And all and any  defendantsfiled heretoforeet al*

*Counsel of record have been served  BY  ELECTRONIC
AND PROOF OF SERVICE UPON   Corporate
HEADQUARTERS  ET AL*

*BRIEFS ON THE APPEAL*

*AIR PASSENGERRIGHTS AIR SPACE*

*HUMAN RIGHTS VIOLATIONS*

*FILED WITH MOTIONS*

*NOTICE OF PENDANCY*

*MOTIONFOR APPOINTMENTOF*

*COUNSEL*

*MOTIONFOR BOND FOR COSTS*

*PURSUANTTO RULE FRAP.*

*NOTICE OF  FINANCIAL*



*AFOREMENTIONED DEFENDANTS ,*
*APPEALLEES et al*

*TORTURIOUS INTERFERENCE*

*OF DEFENDANTS  ET AL*

*CAUSE IN FACT OF*

*IRREPARABLEMENTAL,HARMS*

*EMOTIONAL HEDONIC HARMS*

*PHYSICALHARMS*

*MOTIONTO RECOVER INTELLECTUALAND*
*DESIGNERPROPERTY*

*MOTIONTO CLAWBACK PRINCIPLE LOANS*
*BANK DEPOSITS*

*UNITEDCONTIENTALHOLDINGS ET AL*
*EMPLOYEES ET AL OF UNITEDAIRLINES DATA*
*BREECH HACKING OF TRAVEL ITINERARY*
*FLIGHT DETAIL*

*CAUSE IN FACT OF SEXUAL ASSAULTS*

*SLEEP DEPRIVATION, MALNUTRITION*

*INVASIONOF PRIVACY UPON*

*SECLUSION,  STALKING*

## *DENIAL OF MEDICAL TREATMENT EMPLOYMENT SALARY IN SEXUAL HARASSMENT LAWSUIT*

*BANK DEPOSITDISGORGEMENTS , travel related tickets miles luggage CARGO STRANDING stolen larceny DEPRIVATIONSDENIAL OF BOARDING robberiespilfering by property in airline warehouse registeredagents of any and all other*

*Defendants, entities attorney in fact*

*APPEALEES et al filed heretoforeet al*

*MOTIONTO FILE FOR CHANGE*

*OF VENUE FROM VENUESENCLOSED*

*MOTIONTO CONSOLIDATEAPPEAL*

*FROM VENUE IN FLORIDA*

*AND ELEVENTH CIR. AND*

*NEW YORK, HOUSTON TEXAS ,*

*HONOLULU .HAWAII TO SHOW CAUSE*

*FOR USE IN THE APPEAL*

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT FLORIDA

JACKSONVILLE AND TAMPA DIVISIONS

## MOTION FOR CHANGE OF VENUE

## APP.No.

CASE NO 3:18-cv-779-J-JBT

8:18-cv-1430

8:18-cv-1495

8:18-cv-1662

8:18-cv-1663

8:18-**cv-1664**

**8:18-cv-1665**

**8:18-cv-1666**

**8:18-cv-1659**

**8:18-cv-01433**


15=1198

MOTION TO FILE LIENS , SUPRA PERMANENTINJUNCTION

MOTION FORSERVICE OF PROCESS

FOR RES PLEVINS

AGAINSTDEFENDENTS ET  AL

APPEALEDFROM  U.S.D.C. FORTHE DISTRICT OF HAWAII

U.S.D.C FORTHE SOUTHERN DISTRICT OF TEXAS FILED IN 5TH  CIR.

U.S.D.C. NEWJERSEY 3RD CIR.

U.S.D.C.SDNY

FIRST DIV    SECOND CIRCUIT

SUPREME COURT HAWAII

INTERMEDIATE COURTOF HAWAII

COMMISSION ON JUDICIAL CONDUCT

CA  NINTH CIR COURT OF APPEALS

NOTICE OF COLLATERAL MATTERS

MOTION TO FILE FOR JUDICIAL INTERVENTION TITLEIV. FRAP 15

MOTION TO FILE APPEALWITH OTHER RELATED MATTERS

MOTION TO CONSOLIDATE CASES ON APPEAL

FROM THE MIDDLE DISTRCT TAMPA FLORIDA

ANDJACKSONVILLE DIVISION

MOTION FOR CHANGE OF VENUE

IN THE US COURT OF APPEALS FORTHE 11TH CIR

IN THE U.S. COURT OFAPPEALS FORTHE FED CIR.

IN THE U.S. COURT OF FEDERAL CLAIMS

IN THE ICC ANDICJ LUXEMBOURG

IN THE EUROPEAN COURT

## MOTION TO CONSOLIDATECASES FILED

## IN VENUES DIVISIONS OF THE DISTRICT COURT

## OF FLORIDA JACKSONVILLE DIVISION

## TAMPA DIVISION

## MOTION TO SHOW CAUSE OF ACTION IN TORTS

## ABANDONMENT BY " ATTORNEY IN FACT"

## JESSICA MARIE MC CLEAN et al

## PRINCIPLE OF" VOLKS ANWALT " et al

## Dba "For The People " et al

## And all and any of McCLEAN 'S OTHER FRAUDULENT ENTITIES

UNITED STATES DISTRICT COURT

CIVIL  COMPLAINT
CULPABILITY
CRIMINAL COMPLAINT
LIVIA M. SCOTTO                CRIMINAL GROSS NEGLIGENCES
                              TORTS AND CONTRACTS

V

MAIMONIDES eta

RESTATEMENT 1ST 2ND , 3RD , 4TH ,TORTS

UNITED STATES et al
SAUL EWING ARNSTEIN LEHR et al  ATTORNEY DECEIT
CREDIT SUISSE et al           15 U.S.C  $\$\$$ 1692 (a) c.(b),e f.k.
ECMC GROUP  et al        ACCOUNTING FRAUD
CAMPUS GUARD et al            SCEINTER
STATE FARM  INS, COMPANIES et al    INSURANCE LIABILITY
JONATHAN BEATTY et al          ASSAULT BATTERY
MICHAEL DUNLAP et al          INVASION OF PRIVACY
U.S. DEPARTMENT OF EDUCATION et al
OFFICE OF CIVIL RIGHTS et al      18 U.S.C.$\$\$$ 2710 (b) Stat, s.652 A.cmt. a
STATE OF HAWAII  et al     ILLEGAL SALE OF CDO TO BANK
MAUI COUNTY  PROCSEUTING   ATTORNEYS et  al
 THE CORPORATION COUNSEL  et al  MALICIOUS PROSECUTION
COUNTY OF MAUI  HONOLULU HAWAII et al
UNIVERSITY OF HAWAII et al          ASSAULTS AND BATTERY
MAUI COMMUNITY  COLLEGE et al   USE OF PRIVATE STATE  FEDERAL
 MAUI  ECONOMIC OPPORTUNITY  et al  ATTORNEYS TO GARNISH
M.DYER AND SONS INC. et al     EXTORTION
                 OFFSET WITHDRAW ELECTRONIC FUNDS TRANSFERS
UNITED CONTIENTAL HOLDINGS et al LARSCENY OF PROPERTY
DIPLOMAT TRAVEL et al      DISCLOSEURE  OF PRIVATE INFORMATION
NELNET STUDENT TRUST et al BY COVEYANCE  PUBLISHED
WINDHAM PROFESSIONALS et al  UNLAWFUL COLLECTION
COAST PROFESSIONALS  et al      PRACTICE
ECMC  FOUNDATION et al
GC COLLECTION SERVICES et al
BASS AND ASSOCIATES et al
PATTI BASS  et al



*CONSERVE et al*
*IMMEDIATE CREDIT RECOVERY et al*
*U.S. DEPARTMENT OF TREASURY OFFSET DIVISION et al*
*PENTAGON FEDERAL CREDIT UNION et al*
*BANK OF HAWAII et al*
*AMERICAN SAVINGS BANK et al*
*J.P. MORGAN BANK et al*
*GOLDMAN SACHS et al*
*BEDELL LAW FIRM etal*
*HENRY M. COXE III et al*
*ATTORNEY GREVIENCE COMMITTEE 1 ST DEPARTMENT et al*
*THE STATE OF NEW YORK et al*
*ATTORNEY GREVIENCE COMMITTEE OF FLORIDA et al*
*CLIENT SECURITY FUND et al*
*VOLKS ANWALT COUNSEL OF RECORD et al*
*JESSICA M. MCLEAN et al PRINCIPLE ATTORNEY et al*
*VOLKS ANWALT LAW FIRM et al*
*UNITED WATER RESTORATION GROUP et al*
*FED EX CORPORATION et al*
*WAYFAIR CORPORATION et al*
*AND ANY AND ALL DEFENDANTS HERETOFORE FILED et al*
*AND ALL COUNSEL OF RECORD et al*
*LEWIS BRISBOIS et al*

### COMPLAINT TORTS ;

*ON GROUNDS OF RIGHT OF ACTION RESTATEMENT OF THE LAW IN THE COURTS TORTS 28 U.S.C.S SS 275 b. BANK FRAUD $ 25 MILLION LOAN U.S. AGRICULTURE BUSINESS INDUSTRY LOAN.*

*Filed with SUMMONS , SUBPOENA FOR PRODUCTION OF POLICE REPORTS OF ASSAULTS , ECONOMIC HARMS , FINACIAL CRIMES, LOAN DIVERSIONS, IDENTITY THEFT IMPOSTER FILED INTENTIONAL INFLICTIONS OF HARMS ASSAULTS BY ACTORS , ABSOLUTE LIABILITY, (CANINE ASSAULTS ROTTWEILLER PITBULL ATTACK DOGS WITHIN PERIMETER OF UNIVERSITY OF HAWAII BY ABNORMALLY DANGEROUS ANIMALS ASSAULTS, EXHIBITS FILED IN RECORD SKETCHES ARTWORK DIGITAL PHOTOGRAPHS WERE FILED IN ORIGINAL VENUE AN CONSOLIDATION OF ACTION ON LEGAL CAUSE NECESSITY, DUE TO ATTORNEY DISCIPLINE JUDICIAL OFFICER MISCONDUCT PROCEDURAL TECHNICAL ERRORS AND PERJURIOUS STATEMENTS BY OFFICERS OF PREVIOUS VENUES FILED HERETOFORE , MOTION FOR THE REMOVAL ALL AND NY DOCUMENTS RECORDS OF EXHIBITS TO BE USED AS PREPONDURANCE OF THE FACTS ,ON THEPROOF STANDARD OF AUTHENTIFICATION OF THE ORIGINAL S.*

*(see Fed. Rules of Evidence, ART X. R.1001,.1002, 1003.*

*Criminal LAW ,(See Exhibits in Support of Action, To SUBPOENA , POLICE REPORTS COURT FILED PLEADINGS FILED HERETOFORE IN U.S.D.C. DISTRICT OF HAWAII SOUTHERN DISTRICT HOUSTON ,TEXAS , MIDDLE DISTRICT TAMPA , MIAMI ,TALLAHASSE E JACKSONVILLE OMAHA NEBRASKA EASTERN DISTRICT OF NEW YORK , SOUTHERN DISTRICT OF NEW YORK NEW JERSEY, STATE VENUES SUPREME COURTS OF THE AFOREMENTIONED STATES .*

UNITED STATES et al          COMPLAINT

ON GROUNDS OF PROOF

BREECH DUTY   ART.  211.1.2.3. OF

SECTION  MODEL PENAL CODE SS 2,07, ,2.07

SECTION ,; 224.8 1 a.b.c.   224.7,  212 .1 .2
.,3 224.3, 224.4 .10.11, 12, 13, .224.14

COUNTRY WIDE  et al          PUNITIVE HEDONIC
COMPULSATORY  DAMAGES          TORT
MALFEASANCE, MISFEASANCE
INJURIES, HARMS  TORTUIOUS INTERFERANCE

MALICICIOUS  PROSECUTION

FALSE  IMPRISONMENT
WILLFUL   INTENTIONAL  PREVENTION OF
EMPLOYMENT INFLICTION
HARMS          INTENTIONAL
MISCONDUCT

NECESSITY OF JURISTDICTION  SS  315

PROTECTION OF PARTY  SS 343
NEGLECTS OF OFFICIAL DUTY  sS 306

BREECH  DUTY

CAUSE IN FACT

ASSIGNED COUNSEL ATTORNEY FEES

COSTS EXPENSES BILLABLE HOURS

EXPERT OPINION IN CASE FOR

THE INTEREST OF JUSTICE

MOTION FOR TRAVEL EXPENSES TO VENUE

MOTION FOR RES PLEVIN UPON APPEALLEES

MOTION FOR ORDER OF WARRANT TO
APPEALEES et al

FOR APPEALLANTS BANK DEPOSITS LOANS OF
$25,000,000.00

ADDITIONALLY $ 175 MILLION DOLLARS IN
FUTURE VALUE TO

APPEALLANT IN LOSSES REAL ESTATE
PROPERTY ACTUAL VALUE

FUTURE INTERESTS OF PRIVATE
INTELLECTUAL

LITERARY PRODUCTION SCREEN PLAY

VALUE TO MOVIE FILM PRODUCTION
COMMERCIAL BUSINESS

ENTERTAINMENT INTERESTS

U.S. AIR FORCE et al                          DEMAND
FOR UNPAID   SALARY  CLAWBACK BENEFITS

U.S. DEPARTMENT OF DEFENSE et al
DISCRIMINATORY PRACTICE

U.S. et al                                    MOTION
FOR BILL OF DISCOVERY

REMAX REALTY et al

MAIMONIDES MEDICAL CENTER et al
STRICT LIABILITY CAUSE OF DEATH HARMS
RETALIATION

U.S. EEOC et al
CONCEALMENT OF SEXUAL HARASSMENT
ASSAULTS            SEXUAL,

U.S. DEPARTMENT OF EDUCATION et al
MEDICAL MALPRACTICE

   MAIMONIDES MEDICAL CENTER et al
OBSTRUCTION LEGAL PROCESS

CITY AND COUNTY OF MAUI et al    WRONGS

UNIVERSITY HAWAII MAUI CAMPUS et al
AND OF JUSTICE

CITYAND COUNTY OF HONOLULU , HAWAII  et al

TRIPLER ARMY MEDICAL CENTER et al

U.S. VETERANS ADMINISRATION REGIONAL OFFICES et al

U.S. DRUG ENFORCEMENT AGENCY et al

U.S. VETERANS HOSPITAL OF THE PACIFIC, HONOLULU HAWAII et al

U.S. VETERANS HOSPITAL OF HOUSTON TEXAS et al

U.S. STATE DEPARTMENT et al

U,S.DEPARTMENT OF TREASURY et al

U.S. D.E.A. et al BUREAU TABACCO FIREARMS et al

U.S. CONSULATE HOUSTON TEXAS HONOLULU HAWAII

U.S.CONSULATE of ROME, FLORENCE, NAPLES, ITALY

U.S. CONSULATE LISBOA PORTUGAL

3

UNITED STATES et al          COMPLAINT

ON GROUNDS OF PROOF

BREECH DUTY   ART. 211.1.2.3. OF

SECTION  MODEL PENAL CODE SS 2,07, ,2.07

SECTION ,; 224.8 1 a.b.c.   224.7,  212 .1  .2
.,3 224.3, 224.4 .10.11, 12, 13, .224.14

COUNTRY WIDE  et al        PUNITIVE HEDONIC
COMPULSATORY  DAMAGES          TORT
MALFEASANCE, MISFEASANCE
INJURIES, HARMS  TORTUIOUS INTERFERANCE

MALICICIOUS  PROSECUTION

FALSE  IMPRISONMENT
WILLFUL   INTENTIONAL  PREVENTION OF
EMPLOYMENT INFLICTION
HARMS                  INTENTIONAL
MISCONDUCT

NECESSITY OF JURISTDICTION SS  315

PROTECTION OF PARTY  SS 343
NEGLECTS OF OFFICIAL DUTY  sS 306

BREECH  DUTY

CAUSE IN FACT

CERTAINTY OF LAW RES IPSA LOQUITER
DEMAND OF AWARD

STRICT ABSOLUTE LIABILITY

STATE OF HAWAII et al

JONATHAN BEATTY et al          ASSAULTS BATTERY

MEDIERIOS TRUST  et al  PREMISE LIABILITY

COUNTY OF MAUI  et al   PENAL CODE SEC. 2.05

ROYAL BANK OF CANADA et al

U.S. EDUCATIONAL CREDIT MANAGEMENT et al

MARS CORPORATION et al
LARSCENY OF PROPRIETARY GENECTIC  PROPERTY

MARS VETERNARIAN GLOBAL SPECIALTY CLINICS et
al ILLEGAL  EXTRACTIONS CAUSE OF DEATH

STEM CELL
CLONING  TAKINGS OF RACING GREYHOUND

NELNET et al                    DATA BREACH

ECMC et al

SEC. 2.06   -  2.07  ,2.09
CRIMINAL G IVERSIONS MONEY LAUNDERING

ROSS MALFEASANCE , MISFEASANCE    3.12, 2.13
ENTRAPMENT, PREVENTION OF EMPLOYMENT

CREDIT SUISSE et al              BANK FRAUD LOAN
NEGLIGENCES

JONATHAN BEATTY TRUST et al
ABNORORMALLY

COUNTY OF MAUI et al
DANGEROUS ANIMALS

UNIVERSITY OF HAWAII et al                   LOAN
DIVERSIONS

BANK FINANCIAL FRAUD

EXHIBITS PROOF EVIDENCE
FILED                         HERETOFORE

CONCEALMENT OF HARMS       EXPERT
,LEGAL MEDICAL PROFESSIONAL LIABILITY
,MISREPRESENTATION PERJURY

FILED WITH NOTICE OF DOCKETING
STATEMENT , CERTIFICATE OF SERVICE

MOTION FOR APPOINTMENT OF
COUNSEL

MOTION FOR SERVICE OF
PROCESS

ఫ |ప) ఏంట ii99ఖప�II9కరిఽప  9·ప ఫ (ఏంశ్ఴ←పపఏకప  ప▪పగపపఏఴప

By U.S. MARSHALLS PUR TO F.R.C.P.
APPOINTMENT OF PRO BONO COUNSEL

UPON JAMES KRUGAR LAW FIRM of WAILUKU MAUI
and AL HOLDEN et al

UNITED AIRLINES EMPLOYEES et al

JONATHAN BEATTY et al RIELLY OBERNIIJENANG et al
ENTITIES BY ELECTRONIC SERVICE FILED HERE
TOFORE SUMMONS SUBPOENAS WARRANTS ORDER
OF SEIZURE ON BEHALF OF PLAINTIFF
ONSTANDING

ON JURISTDICTION OF ASSAULTS
ORIGINATING IN HAWAII

VIOLATIONS OF EU SINGLE MARKET
LAWS

CONSTITUTIONAL TREATIES SINGLE
MARKET LAWS

FUNDAMENTAL RIGHTS AND ALL STATUTES
CITATIONS CASES HERETOFORE

FILED RESPECTIVELY

AND MEMBER STATES FREEDOM
OF ESTABLISHMENT

BANK REGULATORY VIOL.
ORIGINATING IN HAWAII

HUMAN RIGHTS VIOLATIONS
FREEDOM OF MOVEMENT

TREATY OF EU
CONFLICTS OF LAWS

VIOLATIONS OF THE PRINCIPLES OF NON-DISCRIMINATION

EU CHARTA OF FUNDAMENTAL RIGHTS
AIR PASSENGER VIOLATIONS TREATIES ON
FUNCTIONS OF EUROPEAN UNION
OBSTRUCTION OF THE FREE MOVEMENT OF
CAPITAL MEMBER STATES,

COMMON GLOBALLY. VIOLATIONS OF SUCH LAWS
TREATIES DEMAND FOR SPECIFIED DAMAGES
PERCUNIARY AWARDS

LOAN DIVERSIONS BANK FRAUD SEE STATUES IN

THE FREE MOVEMENT OF GOODS LARSCENY
PILLFERAGES ROBBERIES ASSAULTS BATTERY
CARGO LOSSES STRANDING MALNUTRITION FALSE
IMPRISIONMENT

OBSTRUCTION
OF JUSTICE

ABUSE OF A DOMIENT POSITION

DENIAL OF JURY TRIAL

*U.S.OFFICE OF THE GENERAL COUNSEL et al*

*OFFICE OF GENERAL LAW et al*

*ATLANTIC RELOCATIONS et al*

*PAC GLOBAL et al*

*EXCESS BAGGAGE INTERNATIONAL MOVERS et al*

*PENTAGON FEDERAL CREDIT UNION et al*

*J.P. MORGAN et al*

*TRUE NORTH RELOCATIONS et al*

*HONOLULU INTERNATIONAL AEROPORT et al*

*U.S. DEPARTMENT OF LABOR et al*

*U.S. VETS HOUSING, BARBER'S POINT and WAIANAE OAHU HAWAII et al*

*U.S. FEDERAL BUREAU of INVESTIGATION et al od MAUI KAPOLEI HONOLULU , HAWAII et al*

*MAUI PROSCEUTOR ATTORNEYS OFFICE et al*

*STATE OF HAWAII et al*



U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION et al

U.S. NATIONAL LABOR INDUSTRY
RELATIONS et al

STATE OF TEXAS WORK FORCE DEVELOPMENT
AGENCY et al

WATERFORD SPRINGS  et al of  SPRING ,
TEXAS

JORDAN FOSTER  DEVELOPERS CONSTRUCTION
COMPANIES et al

For HARRIS COUNTY  and SPRING TEXAS

STATE OF TEXAS  DEPARTMENT OF LABOR   et al

DANIEL HU et al  DEPUTY ATTORNEY GENERAL
for US O.A.G.

U.S. OFFICE ATTORNEY   KEN MAGIDSON et al
for HOUSTON TEXAS

U.S. OFFICE OF THE ATTORNEY GENERAL   et al

U.S. JUDICIAL OFFICERS OF  MAUI ,
HONOLULU, HAWAII



AXA et al

TOKIO MARINE INSURANCE GROUP et al

PIMCO et al

STATE STREET SECURITIES CLEARING et al

STATE STREET BANK et al

PENFED et al

AIG et al

DOMESTIC AND INTERNATIONAL HOLDINGS et al

MICHAEL J. AIELLO et al

AON, BENIFIELD INC. et al

BROOKFEILD PLACE NEW YORK

WEIL GOTSHAL MANGES et al

BANK NEW YORK MELLON et al

IRIS HOLDINGS et al

ROBERT SZERER et al

PERRY J. PERLMUTTER et al

MARC BLUMENFRUCHT et al

MALFEASANCE, MISFEASANCE
INJURIES, HARMS  TORTUIOUS INTERFERANCE

MALICICIOUS  PROSECUTION

FALSE  IMPRISONMENT
WILLFUL   INTENTIONAL  PREVENTION OF
EMPLOYMENT INFLICTION
HARMS                    INTENTIONAL
MISCONDUCT

NECESSITY OF JURISTDICTION  SS 315

PROTECTION OF PARTY  SS 343
NEGLECTS OF OFFICIAL DUTY  sS 306

BREECH  DUTY

CAUSE IN FACT

CERTAINTY OF  LAW  RES IPSA LOQUITER
DEMAND  OF AWARD

STRICT ABSOLUTE  LIABILITY
STATE OF HAWAII et al        ASSAULTS BATTERY

MEDIERIOS TRUST  et al PREMISE LIABILITY

COUNTY OF MAUI et al  PENAL CODE SEC. 2.05

ROYAL BANK OF CANADA et al

*VOLKS ANWALT* et al

*UNITED CONTIENTAL HOLDIMGS* et al

*UNITED AIRLINES and ALL AFFILIATES
PARTNERS SUBSIDIARIES* et al

*CAROLYN COLVI* et al

*BRETT HART* et al

*OSCAR MUNOZ* et al

*HENRY MEYER* et al

*ALTIMETER* et al

*BLACKROCK* et al

*SANTANDER BANK* et al

*BARCLAYS BANK* et al

*PENTAGON FEDERAL CREDIT UNION* et al

*BRICKELL BANK* et al

*CREDIT SUISSE* et al

*BANQUE OF LUXEMNOURG* et al

*UNITED AIRLINES* et al

*UNITED CONTIENTAL HOLDINGS* et al

MALFEASANCE, MISFEASANCE
INJURIES, HARMS  TORTUIOUS INTERFERANCE

MALICICIOUS  PROSECUTION

FALSE  IMPRISONMENT
WILLFUL   INTENTIONAL  PREVENTION OF
EMPLOYMENT INFLICTION
HARMS                INTENTIONAL
MISCONDUCT

NECESSITY OF JURISTDICTION SS 315

PROTECTION OF PARTY  SS 343
NEGLECTS OF OFFICIAL DUTY sS 306

BREECH  DUTY

CAUSE IN FACT

CERTAINTY OF  LAW  RES IPSA LOQUITER
DEMAND  OF AWARD

STRICT ABSOLUTE  LIABILITY

STATE OF HAWAII et al       ASSAULTS BATTERY

MEDIERIOS TRUST  et al  PREMISE LIABILITY

COUNTY OF MAUI  et al   PENAL CODE SEC. 2.05

ROYAL BANK OF CANADA et al



And all UAL BOARD MEMBERS et al

SOCIETE GENERALE  SA  et al

SOCIETE GENERALE   AFFILIATES et al

CORPORATE  PARTNERS  et al

BOARD of DIRECTORS   et al

PRESIDENT OF THE BOARD  et al

JEAN-PHILLIPPE GUILLAUME    et al

PIERRE YVES DEMOURES  et al

And all and any Members  of the Board  of Directors  et al

LORENZO  BINI  SMAGHI et al

JEAN- BERNARD  LEVY  et al

ALEXANDRA SCHAAPVELD et ak

QATARARI REAL EASTATE    et al

SHEIKH ABDULLAH  BIN  HAMAD  et al

BIN KHALIFA AL THNAI  FAMILY TRUST et al

H.E.SHEIKH ABDULLAH TRUST et al

AIR FRANCE  et al



ANN MARIE COUTREC et al

XAVIER HULLIARD  et al

VINCI  EUROVIA et al

VINCI GROUP et al

VINCI CONCESSIONS et al

VINCI FACILITIES rt al

VINCI  CONSTRUCTION  et al

M.DYER AND SONS et al and all  AFFILIATES et al

M.DYER AND SONS INC. PARTNERS et al

M. DYER AND SONS  INCORPORATED    et al

PRIVCO  et al

U.S. VETERANS AFFAIRS  et al

U.S. DEPARTMENT OF AGRICULTURE  et al

U.S. FARM BUREAU et al

U.S.OFFICE OF PERSONNEL MANAGEMENT et al

U.S. DEPARTMENT  OF DEFENSE et al

JONATHAN BEATTY et al

MEDERIOS TRUST et al

COUNTY OF MAUI et al

COUNTY OF HONOLULU et al

CORPORATION COUNSEL et al

NEL NET et al

JEFFREY R. NOORDHOEK et al

MICHAEL DUNLAP et al CEO et al

WILLIAM J. MUNN et al

COUNSEL OF RECORD et al

ASAP UNION BANK TRUST et al

UNITED STATES DEPT OF JUSTICE et al

DEPARTMENT OF EDUCATION et al

OFFICE OF CIVIL RIGHTS et al

U.S. EDUCATION OCR OF SEATTLE

WASHINGTON ,DISTRICT OF COLUMBIA

STATE OF HAWAII et al
U.S. TREASURY et al

PENTAGON FEDERAL CREDIT UNION et al

to this  would be Obstruction of My case in legal Standing Legal Relation  the Right of Action of Claims heretofore filed, in wherein is on legal of jurisdiction , Therefore , I file in answer to Defendants  future Motion s to be dismissed as the  Strict and Absolute Liability ,Death .Harms , Wrongs in nature  are of Actionable  for Hedonic Compensatory  Pecuniary .Statutory Punitive  Damages .

I now plead by this as an  Actionable Motion to enforce the Restatement of the Law in the Court  , That my Family and I  have been unendurably suffered  the denial of by biased opinions from hearsay  Actionable Libel Defamation  by Judicial Misconduct, in other cases and not by precedent or the Rule of Law, as no one is above the law.

Please advise as this aa formal Notice of Motion to the Court.

Dated  June , 28, 2022

Livia M. Scotto

Claimant

100 PARK AVENUE 16 TH FL

NEW YORK ,N.Y. 10007

OF VOLKS ANWALT ET AL AND ALL COUNSEL OF RECORD OF THE BAR ATTORNEY
GREVIENCE COMMITTEE ET AL

STANDING GREVIENCE BAR

THE  BEDEL LAW FIRM  HENRY COXE III

MOTION FOR DEMAND OF A LEVY  LIENS AND

DEMAND OF AWARDS FOR PERCNIARY HEDONIC

COMPULSATORY ,COMPENSATURY  PUNITIVE AND

SPECIAL DAMAGES

FILED HERETOFORE IN ALL AND ANY CASES ON

PRECEDANT THAT VENUE SHOULD REDRESS AS

CASES NEVER WENT TO TRIAL BY JURY AND

FOR THE RECORD MERRYDAY SHOULD KNOW IN

FACT  PAY TAXES AND FEES TOO IN FEDERAL AND

STATE LOCAL COUNTIES AND MOTION S

FILED SHOWED IN COMPLAINTS I FILED FOR

CLAWBACKS OF WAGES SALARIES BONUSES

TRAVEL EXPENSES AND SEVERAL OF MY PREVIOUS

EMPLOYERES DID NOT UNDER PENALTYOF LAW I

SWORN DID NOT PAY AND SEXUAL HARASSMENT

U,S,CUSTOMS ,U.S.AIR FORCE  . JORDAN FOSTER

CORPORATION TRUST ET AL DBA A.R.R. ET AL

U.S. EEOC CASES FILED WITH ALL WAGE CLAIMS

RIGHT TO SUE AS EXHIBITS FILED TO SHOW CAUSE

LETTERS FROM SENATORS.

HERETO FORE FILED IN DIRECTLY RELATED CASES

MOTION TO ORDER ORIGINAL COMPLAINTS

MOTION TO ORDER APPEALS ORIGINALS

FROM FIRST INITIAL ACTION AND ATTACMENTS

INITIAL CASES FOR USE IN THE  APPEAL

CASES  PENDING ON APPEAL

MOTON TO FILE APPEAL AS A RIGHT

APPEAL

MOTION  TO FILE DEMAND OF LEVY UPON

CORPORATE AND INDIVIAL PRINCIPLE ENTITIES

FILED WITH REINSURERS  CORPORATE

DISCLOSEURES HERETOFORE FILED IN

CERTIFICATE OF INTERESTED PARTIES


MOTION TO FILE PHYSICAL AND FINANCIAL

HARDSHIPS ON PENDANCY OF RELATED CASES

REINSTATE CASES ANY AND ALL HERETOFORE

FILED

MOTION TO WITHDRAW  CONTRACTS IN BREECH OF

DUTY FILED TO THE FLORIDA BAR AND N.Y. BAR

ATTORNEY GREVIENCE COMMITTEES

MOTION FOR AWARDS OF DAMAGES FOR PROPERTY

LOSSES BOTH REAL LAND INTELLECTUAL LITERARY

ART WORK LOANS DIVERTED AND ALL SPECIFIED

DAMAGES

ON GROUNDS OF LEGAL U.S.CODE STATUTES CITATATIONS SECONDARY AUTHORITIES
AND OTHER CONTENT OF LAW  MEMORANDUMS

TREATIES FED,R.OF EVIDENCE

Defendants filed heretofore et al

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| LIVIA M. SCOTTO<br>CONCETTA SCOTTO<br>CARMELA A. SCIABARRA<br>MARLEY  VALENTINO  SCOTTO | )<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) |
| CREDIT SUISSE et al<br>AND ANY AND ALL OTHERV ADDITIONALLY FILED<br>DEFENDANTS et al<br>HERETOFORE FILED et al | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

Civil Action No. 2;22-CV-01176 GAM

2:22-1139  PAPPERNS
2:22-1176

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Credit Suisse

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*

Carmela Sciabarra
2710 Gold Heights Cir
Valrico, FL 33596

UNITED STATES
POSTAL SERVICE.

Retail

USPS RETAIL GROUND®

US POSTAGE PAID
$15.55

Origin: 33594
08/13/22
1191500345-13

2 Lb 11.50 Oz

1006

SHIP
TO:

PHILADELPHIA PA 19101

USPS SIGNATURE® TRACKING #

9534 9161 6222 2225 9226 86









RECEIVED
AUG 2 2 2022

United States District Court
Clerk of the Court, Eastern District,
USDC PAED U.S. Courthouse
James A. Byrne ,
601 Market Street
Philadelphia, P.A., 19101