IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIVIA SCOTTO, | : | |
|     *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-3626 |
| | : | |
| MAIMONIDES, *et al.*, | : | |
|     *Defendants*. | : | |

## ORDER

AND NOW, this 7th day of November, 2022, in light of *pro se* Plaintiff Livia Scotto's failure to either pay the fees to commence this civil action or file a motion to proceed *in forma pauperis* as directed by this Court's Order entered on September 14, 2022 (ECF No. 3), which (1) granted her thirty (30) days to do so and (2) warned her that if she failed to comply with the Order that this case would be dismissed without prejudice for failure to prosecute,[1] it is **ORDERED** that:

1. Scotto's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. Scotto's Motion to Change Venue (ECF No. 4) is **DENIED**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                               **BY THE COURT:**

                               ***/s/ Gerald J. Pappert***
                               **GERALD J. PAPPERT, J.**

---

[1] After the Court issued the September 14, 2022 Order, Scotto submitted a Motion to Change Venue on October 6, 2022. (*See* ECF No. 4.) In her Motion, Scotto asks the Court to change the venue as a result of Hurricane Ian and asserts that "[a]ll fees were sent in by checks . . . with [her] filing[s.]" (*Id.* at 1.) There is no indication on the docket that any form of payment was received in this case. Scotto has still failed to pay the required filing fee or file a motion to proceed *in forma pauperis* as set forth in the September 14, 2022 Order. Because Scotto remains non-compliant with the Court's prior Order, dismissal of this case without prejudice for failure to prosecute is appropriate at this time.