# UNITED STATES DISTRICT COURT EDPA

# NOTICE OF APPEAL

# MOTION FOR ENLARGEMENT OF TIME

# MOTION FOR APPOINTMENT OF COUNSEL

## COMPLAINT PROFESSIONAL LIABILITY

## MOTION FOR THE ENLARGEMENT EXTENSTION OF TIME

I           **CERTIFICATE OF INTERESTED PERSONS et al C.I.P . WITH CORPORATE DISCLOSEURES et al**

**NOTICE UPON COURT OF COMPLAINT**

**NOTICE OF ADDITIONAL DEFENDANTS  et al**

**MOTION FOR SERVICE OF ORDER OF SUPRA INJUNCTION . LIS PENDENS**

**ORDER TO SHOW CAUSE FOR ASSET  SEIZURE  UPON DEFENDANTS    et al**

**MOTION FOR FOREIGN SERVICE UPON ENTITIES FOR RECOVERY OF PROPERTY ,BANK  LOANS ,BANK FUNDS , REAL ESTATE PROPERTY , ATTORNEY FEES, EXPENSES , COSTS , TRAVEL , EXPERT WITNESS FEES, AS ANNOTATED IN BILL OF COSTS ,  AND**



OTHER THINGS HELD IN PREMISES OF THE OPPONENTS
DEFENDANTS HOLDINGS et al respectively

MOTION TO MOVE COURT TO SERVE ELECTRONICALLY TO
COUNSEL OF RECORD THAT HAVE PROPERTY ON PREMISES

MOTION FOR EXTENSTION OF TIME TO FILE SERVE BRIEFS
SECURE COUNSEL

COMPLAINT BREACH DUTY
PROFESSIONAL LIABILITY

LEIN ON DEFENDANTS ASSETS

FILED WITH SUMMONS , SUBPOENA
,

CERTIFICATE OF SERVICE


LIVIA M. SCOTTO

PLAINTIFF

V.

UNITED STATES et al

STATE OF HAWAII et al

THE CORPORATION COUNSEL et al

STATE OF NEW YORK et al

JUDICIAL OFFICERS OF THE COURT OF CLAIMS et al

THIRD JUDICIAL DEPARTMENT ALBANY , NEW YORK et al

ADVENTURE RESORTS REALTY et al

(dba) A.R.R. et al

EADFS AND ASSDOCIATES et al

ALAN DICKLER et al

KEITH MILES et al

JOHN STEVENS et al

UNITED WATER RESTORATION HOLDINGS et al

U.S. AIR FORCE et al

SAUL EWING ARNSTEIN LEHR et al

CREDIT SUISSE BANK et al

MARS CORPORATION et al

MAIMONIDES MEDICAL CENTER et al

CONSULATE HEALTH et al

BLUE PEARL PET VETERNARIAN SPECIALTY CLINICS et al

SOCIETE  GENERAL BANK et al

ANA AEROPORTOS de PORTUGAL  ALS

 VINCI AIRPORT  LISBOA ,PORTUGAL, SA

 CREDIT  LYONAISSE et al

ADVENTURE RESORTS REALTY et al

U.S. DEPARTMENT OF DEFENSE et al

BOARD OF VETERANS AFFAIRS et al

OFFICE OF ATTORNEY ETHICS  NEW JERSEY  et al

ATTORNEY GREVIENCE COMMITTEE FIRST DEPARTMENT NEW YORK et al

QATER HOLDINGS et al

STATE FARM INSURANCE  COMPANIES ET AL

VINCI HOLDINGS et al

UNITED AIRLINES et al

UNITED CONTINENTAL HOLDINGS et al

SOCIETE AIR FRANCE et al

ALS LISBON AIRPORTE et al

AIRPORT LUGGAGE SERVICES et al

EXCESS BAGGAGE MOVERS et al

M.DYER AND SONS INCORPORATED et al

JONATHAN BEATTY et al

COUNTY OF MAUI et al

THE MEDERIOS TRUST et al

COUNTY OF HONOLULU et al

NEW YORK POLICE  DEPARTMENT et al

HONOLULU POLICE DEPARTMENT et al

JORDAN FOSTER et al

UNIVERSITY OF HAWAII et al

PENTAGON FEDERAL CREDIT UNION et al

ECMC et al

NELNET et al

CAMPUS GUARD et al

ED FUND et al

ECMC HOLDINGS et al

AND ALL AND ANY OTHER DEFENDANTS . COUNSEL OF RECORD
HERETOFORE FILED et al

AND SERVICE OF PROCESS MADE UPON COUNSEL O0F RECORD et
al  ON THE DATESOF ORIGINAL FILIINGS SENT ELECTRONICALLY
WITH PROOF OF SERVICE

# MOTION  FOR ORDER OF RECOVERY OF PLAINTIFF   ASSETS MONIES LOANS BANK  DEPOSITS  LOANS  COMMERCIAL



**SHIPPING COSTS TRAVEL EXPENSES STORAGE COSTS EXPENSES BUSINESS COMMERCIAL LOANS THAT WERE DIVERTED ROBBERIES CIRCUMVENTED SEIZED THRU BREECH OF DUTY BANK FRAUD LEGAL , PROFESSIONAL LIABILITY ATTORNEY MALPRACTICE INTERNATIONAL BANK FRAUD OF APPEALLEES ,DEFENDANTS, REGISTERED AGENTS ENTITIES, ACTORS et al FILED HERETOFORE et al**

*IN THE U.S. COURT OF APPEALS*

*UNITED STATES DISTRICT COURT*

*DISTRICT OF*

*EASTERN DIVISION*

*LIVIA M. SCOTTO*

*v.*

**BARCLAYS BANK** *et al*

**BANK OF ENGLAND** *et al*

**SOCIETE GENERALE** *et al*

**ALEXANDRE de JUNIAC** *et al*

**JEAN MARC JANAILLAC** *et al*

**FREDERIC OUDEA** *et al*

**ARNAUD JACQUEMIN** *et al*

**LORENZO BINI SMAGHI** *et al*

***And all shareholder parties , entities , et al***

**VINCI CONCESSIONS** *et al*

**AIR FRANCE KLM** *et al*

**VINCI GROUP** *et al*

**NICHCOLAS NOTEBAERT** *et al*

**XAVIER HULLIARD** *et al*

**FREDERIC ODUEA** *et al*

**SG HAMBROS** *et al*

*EUROPEAN BANKING AUTHORITY et al*

*GUIDO RASI et al*

*UNION BANK OF SWITZERLAND et al*

*MARK FRANKLIN SCHWAUB et al*

*STAR ALLIANCE CEO et al*

*GmBH et al*

*And all affiliates et al*

*DUTY FREE CONCESSIONS OF LUX AIR et al*

*Via LISBON PORTUGAL et al*

*U.S. CONSULATE LISBON PORTUGAL et al*

*U.S. CONSULATE FLORENCE, ROME , ITALY*

*DELTA AIRLINES et al*

*JESSICA MARIE Mc CLEAN et al*

*VOLKS ANWALT et al*

*ATTORNEY GREIVANCE COMMITTEE N.Y.
FLORIDA et al*

*CLIENT SECURITY FUND et al*

*BANK OF HAWAII et al*

*COUNTRY WIDE et al*

*ONE MAIN FINANCIAL et al*

*DIPLOMAT TRAVEL et al*

*U.S. STAYE DEPARTMENT et al*

*BANQUE de LUXEMBOURG et al*

*BANQUE de PARABIA et al*

*BANQUE DE FRANCE et al*

*SOCIETE GENERALE et al*

*AIR FRANCE ET AL*

*SKYTEAM ALLIANCE et al*

*HENRY MEYER et al*

*DELOITTE & ASSOCIATES et al*

*REBECCA PARKER et al*

*M.DYER & SONS , INC, et al*

*TRUE NORTH    et al*

*HEATHER ENGEL et al*

*JEAN CLAUDE DRUI et al*

*UNIVERSITY OF HAWAII et al*

*STATE FARM INSURANCE COMPANIES et al*

*HARTFORD INSURANCE GROUP et al*

*GERARD JERVIS et al*

*JONATHAN BEATTY  TRUST et al*

*MEDIEROS  TRUST et al*

*JORDAN FOSTER et al*

*GREYSTAR et al*

*BLACKROCK et al*

*ALTIMETER et al*

*COMPUSHARE et al*

*STATE OF HAWAII et al*

*HAWAII PUBLIC HOUSING AUTHORITY et al*

*And any and all Partners ,and Affiliates et al*

*EXCESS BAGGAGE MOVERS INTERNATIONAL et al*

*CLYDE AND COMPANY et al*

*ATTORNEY  OF RECORD et al*

*JOHN BALFOUR  et al*

*COUNSEL OF RECORD*

*UNITED AIRLINES  et al*

*UNITED CONTIENTAL HOLDINGS et al*

*And all and any  defendants filed heretofore et al*

*Counsel of record have been served  BY  ELECTRONIC AND PROOF OF SERVICE UPON   Corporate HEADQUARTERS  ET AL*

*CERTIFICATE OF INTERESTED PERSONS et al*

*CORPORATE DISCLOSEURES FINANCIAL STATEMENTS FILED HEREIN AND FILED HERETOFORE*

*BRIEFS ON THE APPEAL*

*MOTION FOR FOREIGN  SERVICE FOR SEIZURE OF PROPERTY ,CHATTEL*

*ON BEHALF OF PLAINTIFF APPEALLANT  et al*

*MOTION FOR DERVICE OF SUMMONS FOR RECOVERY OF  CHATTEL*

*SERVICE ON DEFENDANTS PREMISES*

*UNITED CONTINENTAL AIRLINES et al*

VINCI AIRPORTS LISBON ,PORTUGAL

ANA  ALS BAGGAGE STORAGE  VINCI AIRPORT et al

AIR PASSENGER RIGHTS AIR SPACE

HUMAN RIGHTS VIOLATIONS

FILED WITH MOTIONS

NOTICE OF PENDANCY

MOTION FOR APPOINTMENT OF

COUNSEL

MOTION FOR BOND FOR COSTS

PURSUANT TO RULE  FRAP.

NOTICE OF  FINANCIAL

HARDSHIP

MOTION FOR FOREIGN SERVICE

MOTION FOR SURETY BOND FOR

ASSIGNED COUNSEL ATTORNEY FEES

COSTS EXPENSES BILLABLE HOURS

EXPERT OPINION IN CASE FOR

*THE INTEREST OF JUSTICE*

*MOTION FOR TRAVEL EXPENSES TO VENUE*

*MOTION FOR RES PLEVIN UPON APPEALLEES*

*MOTION FOR RECOVERY OF PROPERTY*

*HELD IN PREMISES OF DEFENDANTS*

*Motion for  AWARDS FOR PUNITIVE, PERCUNIARY, HEDONIC,  SPECIAL, COMPENSATORY DAMAGES AND CIVIL MONEY PENALTIES CLAWBACKS  of LOAN DIVERSIONS LOSS OF SEVICE ANIMAL,DENIAL OF MEDICAL*

*TREATMENT TO  INTERNATIONAL DESTINATION DENIED BY  THE AFOREMENTIONED DEFENDANTS  , APPEALLEES et al*

*TORTURIOUS  INTERFERENCE*

*OF DEFENDANTS  ET AL*

*CAUSE IN FACT OF*

*IRREPARABLE MENTAL,HARMS*

*EMOTIONAL HEDONIC HARMS*

*PHYSICAL HARMS*

*MOTION TO RECOVER INTELLECTUAL AND DESIGNER PROPERTY*

*MOTION TO CLAWBACK PRINCIPLE LOANS BANK DEPOSITS*

*UNITED CONTIENTAL HOLDINGS  ET AL EMPLOYEES ET AL OF UNITED AIRLINES DATA BREECH HACKING OF TRAVEL ITINERARY FLIGHT DETAIL*

*CAUSE IN FACT OF SEXUAL ASSAULTS*

*SLEEP DEPRIVATION, MALNUTRITION*

*INVASION OF PRIVACY UPON*

*SECLUSION,  STALKING*

*DENIAL OF MEDICAL TREATMENT EMPLOYMENT SALARY IN SEXUAL HARASSMENT LAWSUIT*

*BANK DEPOSIT DISGORGEMENTS , travel related tickets miles luggage CARGO STRANDING  stolen larceny DEPRIVATIONS DENIAL OF BOARDING robberies pilfering by  property in airline warehouse registered agents of any and all other*

*Defendants, entities attorney in fact*

*APPEALEES  et al  filed heretofore et al*

*MOTION TO FILE FOR CHANGE*

*OF VENUE FROM VENUES ENCLOSED*

*MOTION TO CONSOLIDATE APPEAL*

*FROM VENUE IN FLORIDA*

*AND ELEVENTH CIR. AND*

*NEW YORK,  HOUSTON TEXAS ,*

*HONOLULU .HAWAII TO SHOW CAUSE*

*FOR USE IN THE APPEAL*

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT  FLORIDA

JACKSONVILLE AND TAMPA DIVISIONS

NOTICE OF COLLATERAL MATTERS

MOTION TO FILE FOR JUDICIAL INTERVENTION TITLE IV. FRAP 15

MOTION TO FILE APPEAL WITH OTHER RELATED MATTERS

MOTION TO CONSOLIDATE CASES ON APPEAL

FROM THE MIDDLE DISTRCT TAMPA FLORIDA

AND JACKSONVILLE DIVISION

MOTION  FOR  CHANGE OF  VENUE

IN THE US COURT  OF APPEALS FOR THE 11TH CIR

IN THE U.S. COURT OFAPPEALS FOR THE FED CIR.

IN THE U.S. COURT OF FEDERAL CLAIMS

IN THE ICC AND ICJ LUXEMBOURG

IN THE EUROPEAN COURT

## MOTION TO CONSOLIDATE CASES FILED

## IN VENUES DIVISIONS OF THE DISTRICT COURT

## OF FLORIDA JACKSONVILLE DIVISION

## TAMPA DIVISION

## MOTION TO SHOW CAUSE OF ACTION IN TORTS

## ABANDONMENT BY " ATTORNEY IN FACT"

## JESSICA MARIE MC CLEAN et al

## PRINCIPLE OF" VOLKS ANWALT " et al

## Dba "For The People " et al

## And all and any of McCLEAN 'S OTHER FRAUDULENT ENTITIES

MOTION FOR CHANGE OF VENUE

APP.No.

CASE NO    3:18-cv-779-J-JBT

8:18-cv-1430

8:18-cv-1495

8:18-cv-1662

8:18-cv-1663

8:18-**cv-1664**

**8:18-cv-1665**

**8:18-cv-1666**

**8:18-cv-1659**

**8:18-cv-01433**


15=1198

MOTION TO FILE LIENS , SUPRA  PERMANENT INJUNCTION

MOTION FOR SERVICE OF PROCESS

FOR RES PLEVINS

AGAINST DEFENDENTS ET AL

APPEALED FROM U.S.D.C. FOR THE DISTRICT OF HAWAII

U.S.D.C FOR THE SOUTHERN DISTRICT OF TEXAS FILED IN 5TH CIR.

U.S.D.C. NEW JERSEY  3RD CIR.

U.S.D.C.SDNY

FIRST DIV   SECOND CIRCUIT

SUPREME COURT HAWAII

INTERMEDIATE COURTOF HAWAII

COMMISSION ON JUDICIAL CONDUCT

CA  NINTH CIR COURT OF APPEALS

PASADENA , BEVERLY HILLS  SAN FRANCISCO CALIFORNIA

IN THE JUDICIARY OF HAWAII

LIVIA M. SCOTTO V.

A.R.R. ET AL

1cc -03-1-713 BIA AYABE

TITLE OF COURT APPEALED FROM

CASES

case filed in   Notice  of Appeal

8;16-cv-02941

NOTICE ON APPEAL FROM U.S.D.C. TAMPA FLORIDA

8:16-cv-3379

2016 -1606

1cc-03-1-713

1CC-14-2757

30360

27527

14=662 14-668 SCPWRIT CERT

U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

15-1198

For all and any cases

# ON APPEAL
# IN NOTICE OF APPEAL DIRECTLY
# RELATED CASES 8:18 -cv-CV-12816
# MOTION FOR REINSTATEMENT OF APPEAL
# PENDING ON CASE NO 8:18-cv-1495
# See other additional cases <u>related</u>
# CASE NO 8:18-cv-1430

# Court Of Appeals
# CERTIFICATE OF INTERESTED PERSONS
# CORPORATE DISCLOSURE STATEMENT



All and any entities filed  IN  THE U,S, DISTRICT COURT

IN THE EASTERN DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
U.S. DISTRICT COURT  NEW JERSEY

IN THE U,S, DISTRICT COURT  HOUSTON TEXAS

IN THE U.S. DISTRICT COURT

WAILUKU, MAUI

HONOLULU DIVISIONS HAWAI'I

IN THE U,S, COURT OF APPEALS

FOR THE NINTH CIRCUIT

FOR THE FIFTH CIRCUIT
FOR THE  THIRD CIRCUIT
FOR THE FIRST CIRCUIT
U.S.COURT OF APPEALS NEW YORK
40 FOLEY SQUARE N.Y. , N.Y.

U.S.COURT OF APPEALS
27 MADISON PLACE
N.Y. , N.Y.

# IN THE SUPREME COURT NEW YORK

### 60 CENTRE STREET

### NEW YORK, N.Y.

## FIRST JUDICIAL DEPARTMENT NEW YORK

## 61 BROADWAY NY,NY 10006

## REQUEST FOR JUDICIAL INTERVENTION
### MOTION FOR APPOINTMENT  OF  COUNSEL

### MOTION FOR EXPARTE ORDERS TO SHOW CAUSE

ORDER TO FOREIGN SERVICE          DAVID D, SIEGAL SUPRA AT 590


## MOTION FOR SERVICE OF SUMMONS

## MOTION FOR SPECIAL PROCEEDINGS

## MOTION FOR PRODUCTION OF ORIGINAL COURT

# RECORDS

----

**Livia M, Scotto**

*Plaintiff-Appellant*


v. JESSICA MARIE MCCLEAN ET AL

VOLKS ANWALT ET AL

JAMES FISHER ET AL HENRY COXE III ET AL

BEDELL LAW FIRM ET AL

COLLEEN MACMAHON ET AL

UNITED STATES  ET AL

UNITED STATESDEPARTMENT OF EDUCATION STUDENY

U.S.  ( " DEPARTMENT  " ) OF EDUCATION ET AL

BASS &  ASSOCIATES, PC  ET AL

NATIONAL PAYMENT CENTER  ET AL

UNIVERSITY OF HAWAII ET AL

MAUI COMMUNITY COLLEGE ET AL

JONATHAN  BEATTY TRUST ET AL

MEDERIOS TRUST ET AL

STATE OF HAWAII ET AL

THE CORPORATION COUNSEL  ET AL

CITY AND COUNTY OF MAUI ET AL

CITY AND COUNTY OF HONOLULU ET AL

MAUI CORPORATIONCOUNSEL ET AL

FIRST JUDICIAL DEPARTMENT SUPREME COURT NY

ATTORNEY DISCIPLINE COMMITTEE  ET  AL

61 BROADWAY NY NY 10006

HILTON WORLDWIDE HOTELS ET AL

HILTON DOUBLETREE HOTELS ET AL

PRINT HOUSE PRESS ET AL , NEW YORK

CEO  MICHAEL  FARRELL ET AL

JIM COONAN

KUPERMAN  ET AL COUNSEL OF RECORD

PRINTING HOUSE PRESS ET AL

THE CORPORATION TRUST ET AL

U.S. State  Department et al

County of Honolulu et al

CORPORATION COUNSEL et al

United States et al

Volks Anwalt  et al

Jessica Marie McClean et al

Greystar et al

Star Alliance et al

Air France et al

UNITED STATES ET AL

UNITED STATES SOCIAL SECURITY ADMINISTRATION ET AL

NANCY  BERRYHILL ET AL

Vinci Group et al

United Continental Holdings   et al

United Continental Airlines et al

United  Airlines et al

Excess International Movers et al

Barclays Bank et al

Pentagon Federal Credit Union et al

Wells Fargo Bank  et al

Comerica Bank et al

Direct Express Bank et al

Excess  Baggage  International et al

Affinity Cellular Autoclub et al

M.Dyer and Sons  Inc. et al and any

and all  affiliates

heretofore filed in venues of jurisdiction  and forum selection,

aforementioned et al

and all and any other entities counsel of record  heretofore filed et al

*Defendant-Appellees et al*

*See list of additional defendants et al  served process*

# Notice of Appeal

**BRIEFS ON THE MERITS EXERPTS WAS FILED IN COMMERCIAL CARRIERS FILINGS ON STANDING IN CASES SUBSEQUENTLY TO CLERKS OFFICE**

**NOTICE OF DIRECTLY RELATED CASES FILING OF RELATED CASES**

On standing of 28 U.S.C.S. S 1295(a) (g)

16-9125, 16-9127

2:16=CV-08922

8:16-cv-3379

4:2014-cv-03417

14:2014-mc-2720

4:2014-cv-3360

See additional list naming respondents in subsequent filings

1cc-14:-27527

U.S.D.C. in the District of Hawaii

Order from the aforementioned venues for all and any original cases on white paper on my complaints filed and by counsel

16-1606

15-1198

14-7135

15-1198

NOTICE OF DIRECTLY RELATED CASES

ON APPEAL FROM THE U.S.D. C. MULTI JURISTDICTIONS

For the  Middle District Tampa  Florida,

FIRST CIR. COURT  HAWAII FILED IN THE JUDICIARY

# U.S.D.C.  SDNY U.S.D.C. HAWAII

# U.S.D.C.  New Jersey, U.S.D.C. SDHTX

# U.S. COURT OF FEDERAL CLAIMS

MOTION TO ORDER ALL RELATED CASES AND  COURT RECORDS  (all and any records heretofore filed) MOTION TO CONSOLIDATE CASES ON APPEAL AND  REMOVE  COURT RECORDS FROM THE AFOREMENTIONED VENUES TO ORDER SUBPOENA TO TRANSFER  BY  ELECTRONIC AND WHITE PAPER  AS PARTS OF RECORDS WERE OMMITTED FROM ORIGINAL COURT FILED RECORDS IN TRANSMISSION  THEREOF.      MOTION FOR EXTENSION  OF TIME TO FILE OBJECTIONS OF ORDERS OF DISMISSAL ON PREPONDURANCE OF  EVIDENCE OF DOCUMENTS PRODUCTION OF DOCUMENTS EXHIBITS REMOVED OR DENIED IN UNETHICAL DISCOVERY BY THE FLORIDA BAR  COUNSEL  Having original cases filed by  my attorney s in fact   Gerard Jervis, Thomas J. Pico Aiona  et al of Kailua, Honolulu .Hawaii filed in THE JUDICIARY Cir. Court of Hawaii,  777 Punchbowl Street Honolulu Hawaii 96813 as that case  is directly related to cases on appeal pending ,cases 1cc -03-1-713  ; all related cases are in  the cause of  actionable libel and other cases on appeal having  standing in the venue  herein on my  constitutional amendments, based on 42 U.S.CODES 2000 )a[j[f b]c\i (e) real estate law  private and intellectual property rights domicile

that have standing in venue by cause of  strict liability CAUSING  irreversible harms (see pages containing relative U.S.CODES   conflicts of laws agency contracts torts property restitution security trusts and   restatement of the law  indexes relative treatises codes table of authorities  statutes citations secondary authorities cited in original cases filed  that were denied judicial officers review ,

INTENTIONAL Wrongs in the concealment by the defense counsel

INTENTIONAL INFLICTION OF HARMS   BY ALL DEFENDENTS PROVEN IN CASE  THAT IN THE RULE OF LAW THESE  VENUES ON REVERSABILITY OF  OPINIONS PREDICATED ON JUDICIAL ERRORS, MISCONDUCT ,LEGAL MALPRACTICE BY JESSICA MARIE MC CLEAN ET AL

MOTION TO CHANGE OF VENUE citing  FROM  FORUM SELECTION CLAUSE

**APPELLANT'S OPENING BRIEF**

**MOTION TO FILE FOR ENLARGEMENT OF TIME to file**

**Appellants Merits on the Briefs**

**ON GROUNDS OF evidence of defendants culpability and COURTS ERRORS DENIAL OF RECORDS COURT DOCUMENTS FROM REMOVAL OMMISSIONS MISAPPROPRIATION OF RECORDS NAMING THE AFOREMENTIONED AND STATE MUNICIPALITIES AGENCIES COUNSEL OF RECORD**

**DEFENDENTS CORPORATE COUNSEL OMMISSIONS**

---

MOTION FOR CLERK TO CALL FOR THE ORIGINAL RECORDS

FOR USE ON APPEAL PENDING TO SHOW CAUSE of pecuniary, hedonic punitive damages

Demand for specified damages filed in cases

On standing of RESTATEMENT (Second) OF TORTS

Errors in case 8;16-cv-3379 on amended Appeal after Notice to Court in case Appeal in forwarding docketed cases on Filed Notice On separate case filed on 4/13/2017, 5/10/2017, 6/19/2017, 7/7/2017, filed in Federal Claims venue. Motion to serve process on my previous " attorney in fact," Disbarred Fed cir. By Judge Laura Beyer N.C. on fraud of other clients of McClean's fraud

X _____

abandonment felony on deceit of misrepresentation use of client funds failure to communicate and The Florida Bar on knowledge of my attorney in fact Jessica M. McClean on filed complaints The Florida Bar counsel ,Henry Coxe III James Fisher and staff of Bar conflict of interest.

Jessica Marie McClean Attorney's office Volks Anwalt et al,

Jessica M.McClean et al 100 Park Avenue 16 th fl. N.Y. N.Y. with Summons for issuance by state or U.Ŝ.Marshall s'to serve Subpoena search and seizure warrant denied by venues of jurisdiction, upon concealment of Office of the State Attorney General, Florida and New York State Bar Ethics Officers of State Agency Bar, ,U,S.A.G having knowledge of the aforementioned assailants intentional inflictions of harm motives for the assaults battery crimes of entrapment, deceit, reoccurring larcenies by actors for the defense with motives , malice ,intent, culpability, bank fraud ,commercial tort malfeasance, therein. on service of process in states of forum selection, Motion to call judicial order for records exhibits Grounded on the Oliver W. Holmes 10 Harvard Law Review 457(1897) The Path of Law Amendment JUDICIAL PROOF FED R, OF EVIDENCE, R.1001, R,1002 .1003 R. 901. R.902 (9) R.903 ,

statutes citations on Art . X 116 consider the code book in its entire volume s of indexed treatment by renowned author Graham C.Lilly , codes ,statutes cited in The Law Of Evidence appendix all directly cases sent held in court premises and held in Agency venues, County, Corporations Trust boards ,commissions, privately held holdings as required by Sup. Ct. . pending appeal on proof of service.

Service of process confirmed by commercial carriers Fed Ex and other dated certified by U.S Postal Service,



Livian Scotto
2310 Golf Heights Circle
Valrico, Florida, 33596

U.S.M.S.
X-RAY

Office of the Clerk,
United States District Court,
U.S. Courthouse
601 Market Street,
Philadelphia, Pa, 19108

RECEIVED
NOV - 7 2022








