DLD-119
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **22-3136**

LIVIA M. SCOTTO, Appellant

VS.

MAIMONIDES, ET AL.

(E.D. Pa. Civ. No. 2:22-cv-03626)

Present: JORDAN, SHWARTZ, and SCIRICA, Circuit Judges

    Submitted are:

(1)    By the Clerk for possible dismissal due to a jurisdictional defect;

(2)    By the Clerk is the within appeal for possible summary action under 3rd Cir. LAR 27.4 and Chapter 10.6 of the Court's Internal Operating Procedures;

(3)    Appellant's documents in support of appeal;

(4)    Appellant's motion "to stay appeal, reinstatement, continuance, remand case"; and

(5)    Appellee Windham Professionals Inc.'s jurisdictional response

in the above-captioned case.

    Respectfully,

    Clerk

_____ORDER_____
We have jurisdiction over this appeal under 28 U.S.C. § 1291.  See Wynder v. McMahon, 360 F.3d 73, 76 (2d Cir. 2004).  The appeal presents no substantial question. See 3d Cir. L.A.R. 27.4 and I.O.P. 10.6; Murray v. Bledsoe, 650 F.3d 246, 247 (3d Cir.

2011) (per curiam) (concluding that the Court "may affirm the District Court's judgment on any basis supported by the record" where the "appeal does not present a substantial question"). We note that appellant Livia Scotto's application to proceed in forma pauperis was received by the District Court on the same day its order was dated, although it was not docketed until a week later. Even if the District Court should have considered this application prior to dismissing Scotto's complaint, dismissal was necessary where Scotto failed to identify any basis for this federal action in any of her filings, which included neither factual allegations nor legal claims. Scotto's complaint was frivolous, see 28 U.S.C. § 1915(e)(2)(B)(i); Neitzke v. Williams, 490 U.S. 319, 325 (1989), and failed to comply with Federal Rule of Civil Procedure 8, which requires a "short and plain statement of the claim[s]" she was seeking to bring, see Garrett v. Wexford Health, 938 F.3d 69, 92 (3d Cir. 2019); Phillips v. County of Allegheny, 515 F.3d 224, 234-35 (3d Cir. 2008). Accordingly, we summarily affirm the District Court's order entered November 8, 2022, dismissing her case. Scotto's pending motion is denied.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: April 19, 2023
JK/cc: Livia M. Scotto
      All Counsel of Record

Certified as a true copy and issued in lieu of a formal mandate on   06/12/2023  

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**